**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS,
TEXARKANA DIVISION**

| | |
|---|---|
| **RONALD M. KENNEDY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| V. § | **CIV. ACTION NO.:** |
| § | **5:07-cv-00040-DF** |
| § | |
| **THE COCA-COLA COMPANY; THE COCA-COLA** § | |
| **COMPANY d/b/a COCA-COLA NORTH AMERICA;** § | |
| **STATCO ENGINEERING AND FABRICATORS,** § | |
| **INC.; STATCO ENGINEERING AND FABRICATORS,** § | |
| **INC. d/b/a STATCO BEVERAGE DIVISION AND** § | |
| **STATCO DESIGN SERVICES; ATLAS AUTOMATION,** § | |
| **INC.; and ATLAS TECHNOLOGIES, L.L.C. f/d/b/a or** § | |
| **a/k/a ATLAS AUTOMATION, INC.,** § | |
| § | |
| **Defendants.** § | |

## ORDER REGARDING MOTION IN LIMINE

ON THIS DAY came on to be considered Defendant Atlas Automation, Inc.'s Motion in Limine and after careful consideration of same and hearing arguments of counsel, ORDER that no mention, suggestion, reference and/or statement of the matters GRANTED below shall be made in the presence of the venire panel or jury without first approaching the bench, outside the presence of the panel or jury, and leave of Court first being obtained on the record. A violation of this Order will subject a lawyer, witness, agent of the party and/or party to sanctions. Defendant Atlas Automation, Inc.'s Motion in Limine is granted or denied as follows:EXHIBIT "A"

1. GRANTED___X_____     DENIED_____

2. GRANTED___X_____     DENIED_____

3. GRANTED___X_____      DENIED_____

4. GRANTED___X_____     DENIED_____

5. GRANTED___X_____     DENIED_____

6. GRANTED___X_____     DENIED_____

7. GRANTED___X_____     DENIED_____

8. GRANTED___X_____     DENIED_____

9. GRANTED___X_____     DENIED_____

10. GRANTED___X_____    DENIED_____

11. GRANTED___X_____    DENIED_____

12. GRANTED___X_____    DENIED_____

13. GRANTED___X_____    DENIED_____

14. GRANTED___X_____    DENIED_____

15. GRANTED___X_____    DENIED_____

16. GRANTED___X_____    DENIED_____

17. GRANTED___X_____    DENIED_____

18. GRANTED___X_____    DENIED_____

19. GRANTED___X_____    DENIED_____

20. GRANTED___X_____        DENIED_____

21. GRANTED___X_____        DENIED_____

22. GRANTED___X_____        DENIED_____

23. GRANTED___X_____        DENIED_____

24. GRANTED___X_____        DENIED_____

25. GRANTED___X_____        DENIED_____

26. GRANTED___X_____        DENIED_____

27. GRANTED___X_____        DENIED_____

28. GRANTED___X_____        DENIED_____

29. GRANTED___X_____        DENIED_____

30. GRANTED___X_____        DENIED_____

Signed this __24__ day of __September__, 2008.

_____
**UNITED STATES DISTRICT JUDGE**